UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLTON PATTERSON, ET AL. | CIVIL ACTION |
| VERSUS | |
| THE DOW CHEMICAL COMPANY, ET AL. | NO. 24-00703-BAJ-RLB |

### RULING AND ORDER

Before the Court is Plaintiffs' **Motion To Remand (Doc. 18)**. Defendants Acuren Inspection, Inc. ("Defendant Acuren") and Total Safety, U.S., Inc. ("Defendant Total Safety") oppose the Motion. (Doc. 22; Doc. 23).

Also before the Court is Defendant Acuren's **Motion To Strike (Doc. 24)**. Plaintiffs oppose the Motion. (Doc. 32).

Finally, also before the Court is Defendant Acuren's **Motion For Leave To File Reply In Support Of Motion To Strike (Doc. 38)**. The Motion is unopposed.

The Magistrate Judge issued a **Report and Recommendation (Doc. 47, the "Report")**, recommending that the Court grant both of Defendant Acuren's Motions and deny Plaintiffs' Motion To Remand as moot. There are no objections to the Report.

Having carefully considered Defendant Acuren's Notice Of Removal (Doc. 1), Plaintiffs' Motion To Remand (Doc. 18), Defendant Acuren and Defendant Total Safety's Oppositions to Remand (Doc. 22; Doc. 23), Defendant Acuren's Motion To Strike (Doc. 24), Plaintiffs' Opposition to the Motion To Strike (Doc. 32), and Defendant Acuren's Motion For Leave To File

Reply In Support Of Motion To Strike (Doc. 38), and the Magistrate Judge's Report (Doc. 47), the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant Acuren's **Motion For Leave To File Reply In Support Of Motion To Strike (Doc. 38)** be and is hereby **GRANTED**. The Clerk of Court shall file the reply (Doc. 38-2) into the record as a separate docket entry.

**IT IS FURTHER ORDERED** that Defendant Acuren's **Motion To Strike (Doc. 24)** be and is hereby **GRANTED**. The Clerk of Court shall strike the First Amended Complaint (Doc. 13) from the record.

**IT IS FURTHER ORDERED** that Plaintiffs' **Motion To Remand (Doc. 18)** be and is hereby **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file a Motion For Leave To Amend The Complaint within fourteen (14) days of the issuance of this Order.

Baton Rouge, Louisiana, this 7th day of August, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA