UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARLTON PATTERSON, ET AL.                                CIVIL ACTION

VERSUS

THE DOW CHEMICAL COMPANY,                          NO. 24-00703-BAJ-RLB
ET AL.

## RULING AND ORDER

Before the Court is **Plaintiff's Motion For Leave To File Amended Complaint (Doc. 50, the "Motion")**. Defendant Acuren Inspection, Inc. opposes the Motion (Doc. 52), as does Defendant Total Safety U.S., Inc. (Doc. 53).

The Magistrate Judge issued a **Report And Recommendation (Doc. 54, the "Report")**, recommending that the Court grant Plaintiffs' Motion for Leave to File Amended Complaint and that the case be remanded to the 18th Judicial District Court, Parish of Iberville, Louisiana. There are no objections to the Report.

Having carefully considered the Motion and related filings, the Court **APPROVES** the Magistrate Judge's **Report (Doc. 54)** and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the **Motion (Doc. 50)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the First Amended Complaint (Doc. 50-1) as a separate docket entry.

**IT IS FURTHER ORDERED** that immediately following the filing of the First Amended Complaint, the above-captioned action shall be **REMANDED** to the 18th Judicial District Court for the Parish of Iberville, State of Louisiana.

Baton Rouge, Louisiana, this 1ST day of December, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**